UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Chunming Wang,
Xian Qing Ye,
Ruiyan Liu, and
Shou Le Chen,

Civil Action No. 22-cv-04401

                        Plaintiffs,

      -against-

**Affirmation of Service**

JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

                        Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK    }

COUNTY OF NEW YORK  }

**Michael Brand, Esq.**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On October 21, 2022, at 11:17 am at 1714 2nd Avenue, New York, NY deponent served the within SUMMONS, AMENDED COMPLAINT, and CIVIL COVER SHEET: on Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin, Defendant therein named.

1.    [ ] **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) admitted to being said person.

2.    [ ]    **Corporation**: By delivering a true copy of each to personally, to _____ who identified herself/himself as an _____ of _____, deponent knew the person so served to be an

_____ of the corporation as identified and stated by deponent recipient, and authorized to accept service on behalf of the corporation.

3.    [X] **Suitable Age and Discretion**: By delivering a true copy of each to <u>"Connie"</u>, a person of suitable age and discretion. Said premises is recipient's [X] actual place of business or [] dwelling house (usual place of abode) within the state.

4.    [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

On the _____ day of _____ at _____
On the _____ day of _____ at _____
On the _____ day of _____ at _____

5.    [ X] **Mail Copy**: On <u>October 21, 2022</u>, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6.    [X] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

[X] Sex: FEMALE
[X] Race: ASIAN
[X] Color of Hair: BLACK
[X] Age: 30-50 years
[X] Height: 5'7" to 5'10"
[X] Weight: 110-140 lbs
[X] Other Features: Cashier at the restaurant

7.    [X] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not.

8.    [ ] **Other**: _____.

Dated: October 26, 2022
       New York, NY

                                            **LAW OFFICES OF VINCENT S. WONG**

                                            By: _____
                                            Michael Brand, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Chunming Wang,
Xian Qing Ye,                                           Civil Action No. 22-cv-04401
Ruiyan Liu, and
Shou Le Chen,

                          Plaintiffs,

                                                            **Affirmation of Service**

                    -against-

JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

                                     Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK    }

COUNTY OF NEW YORK }

**Michael Brand, Esq.**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On October 21, 2022, at 11:17 am at 1714 2nd Avenue, New York, NY deponent served the within SUMMONS, AMENDED COMPLAINT, and CIVIL COVER SHEET: on Jing Lin, Defendant therein named.

**1.**    [ ]  **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) admitted to being said person.

**2.**    [ ]  **Corporation**: By delivering a true copy of each to personally, to _____ who identified herself/himself as an _____ of _____, deponent knew the person so served to be an

_____ of the corporation as identified and stated by deponent recipient, and authorized to accept service on behalf of the corporation.

3.  [X] **Suitable Age and Discretion**: By delivering a true copy of each to "Connie", a person of suitable age and discretion. Said premises is recipient's [X] actual place of business or [] dwelling house (usual place of abode) within the state.

4.  [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

On the _____ day of _____ at _____
On the _____ day of _____ at _____
On the _____ day of _____ at _____

5.  [X] **Mail Copy**: On October 21, 2022, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6.  [X] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

   [X] Sex: FEMALE
   [X] Race: ASIAN
   [X] Color of Hair: BLACK
   [X] Age: 30-50 years
   [X] Height: 5'7" to 5'10"
   [X] Weight: 110-140 lbs
   [X] Other Features: Cashier at the restaurant

7.  [X] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not.

8.  [ ] **Other**: _____.

Dated: October 26, 2022
   New York, NY

                                        **LAW OFFICES OF VINCENT S. WONG**

                                        By: _____
                                        Michael Brand, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Chunming Wang,
Xian Qing Ye,
Ruiyan Liu, and
Shou Le Chen,

Civil Action No. 22-cv-04401

Plaintiffs,

**Affirmation of Service**

-against-

JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

Defendants.
-------------------------------------------------------------------x
STATE OF NEW YORK     }

COUNTY OF NEW YORK  }

**Michael Brand, Esq.**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On October 21, 2022, at 11:17 am at 1714 2nd Avenue, New York, NY deponent served the within SUMMONS, AMENDED COMPLAINT, and CIVIL COVER SHEET: on Fei Teng a/k/a Fei F Teng, Defendant therein named.

1.   [ ]  **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) admitted to being said person.

2.   [ ]  **Corporation**: By delivering a true copy of each to personally, to _____ who identified herself/himself as an _____ of _____, deponent knew the person so served to be an

_____ of the corporation as identified and stated by deponent recipient, and authorized to accept service on behalf of the corporation.

3. [X] **Suitable Age and Discretion**: By delivering a true copy of each to "Connie", a person of suitable age and discretion. Said premises is recipient's [X] actual place of business or [] dwelling house (usual place of abode) within the state.

4. [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

On the _____ day of _____ at _____
On the _____ day of _____ at _____
On the _____ day of _____ at _____

5. [X] **Mail Copy**: On October 21, 2022, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6. [X] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

[X] Sex: FEMALE
[X] Race: ASIAN
[X] Color of Hair: BLACK
[X] Age: 30-50 years
[X] Height: 5'7" to 5'10"
[X] Weight: 110-140 lbs
[X] Other Features: Cashier at the restaurant

7. [X] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not.

8. [ ] **Other**: _____.

Dated: October 26, 2022
New York, NY

LAW OFFICES OF VINCENT S. WONG
By: *[signature]*
Michael Brand, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Chunming Wang,
Xian Qing Ye,
Ruiyan Liu, and
Shou Le Chen,

                Civil Action No. 22-cv-04401

                Plaintiffs,

                **Affirmation of Service**

    -against-

JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

                Defendants.
-------------------------------------------------------------------x
STATE OF NEW YORK    }

COUNTY OF NEW YORK  }

**Michael Brand, Esq.**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On October 21, 2022, at 11:17 am at 1714 2nd Avenue, New York, NY deponent served the within SUMMONS, AMENDED COMPLAINT, and CIVIL COVER SHEET: on Yong Chen Teng, Defendant therein named.

**1.**    [ ]  **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) admitted to being said person.

**2.**    [ ]  **Corporation**: By delivering a true copy of each to personally, to _____ who identified herself/himself as an _____ of _____, deponent knew the person so served to be an

_____ of the corporation as identified and stated by deponent recipient, and authorized to accept service on behalf of the corporation.

3.  [X] **Suitable Age and Discretion**: By delivering a true copy of each to "Connie", a person of suitable age and discretion. Said premises is recipient's [X] actual place of business or [ ] dwelling house (usual place of abode) within the state.

4.  [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

   Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

   On the _____ day of _____ at _____
   On the _____ day of _____ at _____
   On the _____ day of _____ at _____

5.  [X] **Mail Copy**: On October 21, 2022, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6.  [X] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

   [X] Sex: FEMALE
   [X] Race: ASIAN
   [X] Color of Hair: BLACK
   [X] Age: 30-50 years
   [X] Height: 5'7" to 5'10"
   [X] Weight: 110-140 lbs
   [X] Other Features: Cashier at the restaurant

7.  [X] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not.

8.  [ ] **Other**: _____.

Dated: October 26, 2022
       New York, NY

                                        **LAW OFFICES OF VINCENT S. WONG**

                                        By: *[signature]*
                                        Michael Brand, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Chunming Wang,
Xian Qing Ye,                                               Civil Action No. 22-cv-04401
Ruiyan Liu, and
Shou Le Chen,

                        Plaintiffs,          **Affirmation of Service**

      -against-

JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

                        Defendants.
------------------------------------------------------------------x
STATE OF NEW YORK    }

COUNTY OF NEW YORK  }

**Michael Brand, Esq.**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On October 21, 2022, at 11:17 am at 1714 2nd Avenue, New York, NY deponent served the within SUMMONS, AMENDED COMPLAINT, and CIVIL COVER SHEET: on "John" Chen, Defendant therein named.

**1.**    [ ] **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) admitted to being said person.

**2.**    [ ]   **Corporation**: By delivering a true copy of each to personally, to _____ who identified herself/himself as an _____ of _____, deponent knew the person so served to be an

_____ of the corporation as identified and stated by deponent recipient, and authorized to accept service on behalf of the corporation.

**3.** [X] **Suitable Age and Discretion**: By delivering a true copy of each to "Connie", a person of suitable age and discretion. Said premises is recipient's [X] actual place of business or [ ] dwelling house (usual place of abode) within the state.

**4.** [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

On the _____ day of _____ at _____
On the _____ day of _____ at _____
On the _____ day of _____ at _____

**5.** [X] **Mail Copy**: On October 21, 2022, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**6.** [X] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

[X] Sex: FEMALE
[X] Race: ASIAN
[X] Color of Hair: BLACK
[X] Age: 30-50 years
[X] Height: 5'7" to 5'10"
[X] Weight: 110-140 lbs
[X] Other Features: Cashier at the restaurant

**7.** [X] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not.

**8.** [ ] **Other**: _____.

Dated: October 26, 2022
New York, NY

**LAW OFFICES OF VINCENT S. WONG**

By: *[signature]*
Michael Brand, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
Chunming Wang,
Xian Qing Ye,
Ruiyan Liu, and
Shou Le Chen,

Civil Action No. 22-cv-04401

Plaintiffs,

**Affirmation of Service**

-against-

JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

Defendants.
-------------------------------------------------------------------x

STATE OF NEW YORK    }

COUNTY OF NEW YORK   }

**Michael Brand, Esq.**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York.

On <u>October 21,</u> 2022, at <u>11:17</u> am at <u>1714 2nd Avenue, New York, NY</u> deponent served the within <u>SUMMONS, AMENDED COMPLAINT, and CIVIL COVER SHEET</u>: on "John" Shi, Defendant therein named.

1.   [ ]   **Individual**: By delivering a true copy of each to said recipient personally; Deponent knew the person served to be the person described as said person by a) photograph or b) <u>admitted to being said person</u>.

2.   [ ]   **Corporation**: By delivering a true copy of each to personally, to _____ who identified herself/himself as an _____ of _____, deponent knew the person so served to be an

_____ of the corporation as identified and stated by deponent recipient, and authorized to accept service on behalf of the corporation.

3.   [X] **Suitable Age and Discretion**: By delivering a true copy of each to "Connie", a person of suitable age and discretion. Said premises is recipient's [X] actual place of business or [] dwelling house (usual place of abode) within the state.

4.   [ ] **Affixing to Door**: By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business or [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

On the _____ day of _____ at _____
On the _____ day of _____ at _____
On the _____ day of _____ at _____

5.   [X] **Mail Copy**: On October 21, 2022, deponent completed service by depositing a true copy of each document to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

6.   [X] **Description**: A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

   [X] Sex: FEMALE
   [X] Race: ASIAN
   [X] Color of Hair: BLACK
   [X] Age: 30-50 years
   [X] Height: 5'7" to 5'10"
   [X] Weight: 110-140 lbs
   [X] Other Features: Cashier at the restaurant

7.   [X] **Military Service**: Deponent asked person spoken to whether the recipient was presently in the military service of the United States Government or the State of New York and was informed that recipient was not.

8.   [ ] **Other**: _____.

Dated:  October 26, 2022
        New York, NY

                                          **LAW OFFICES OF VINCENT S. WONG**
                                          By: _____
                                          Michael Brand, Esq.