Law Offices of Vincent S. Wong
39 East Broadway, Suite 306
New York, NY 10002
T: (212) 349-6099
F: (212) 349-6599
*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Chunming Wang,
Xian Qing Ye,
Ruiyan Liu, and
Shou Le Chen,

Docket No: 22-cv-04401

**SUPPLEMENTAL
DECLARATION OF MICHAEL
BRAND**

                                    Plaintiffs,

                    -against-


JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

                                    Defendants.
-------------------------------------------------------------------x

        Michael Brand , declares pursuant to 28 U.S.C. 1476, and subject to the penalties of
perjury the following:

    1. I am an attorney with the Law Offices of Vincent S. Wong, the attorneys for the Plaintiffs

       in this action, and I am fully familiar with the facts and circumstances of this matter.

    2. I make this supplemental declaration in support to the Plaintiffs motion to amend the

       complaint.

3.  A redline version of the proposed second amended complaint was inadvertently not included in Plaintiff's original upload of Plaintiff's motion to amend.

4.  Attached as **<u>Exhibit 6</u>** is a true and correct copy of the redline version changes to the first amended complaint, showing the changes made to the complaint to produce the proposed Second Amended Complaint, the proposed Second Amended Complaint having been uploaded previously as **<u>Exhibit 1</u>**.

Dated: New York, NY
       April 10, 2023

                                        */s/ Michael Brand*
                                        Michael Brand(MB3303)
                                        Law Offices of Vincent S. Wong
                                        39 East Broadway, Suite 306
                                        New York, NY 10002