**MEMO ENDORSED**

### XUE & ASSOCIATES, P.C.
1 School Street, Suite 303A
Glen Cove, NY 11542
PHONE: (516) 595-8887
FACSIMILE: (212) 219-2276

BENJAMIN B. XUE
MEMBER OF NY & NJ BARS

MICHAEL S. ROMERO
MEMBER OF NY BAR

September 8, 2023

*Via ECF*
Hon. Jessica G. L. Clarke U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Application GRANTED. Defendants' deadline to respond to the Complaint is now September 11, 2023.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: September 11, 2023
> New York, New York

    Re:    **Wang et al. v. JFD Sushi Restaurant Inc. et al.**
            **Case No.: 1:22-cv-04401**

Dear Judge Clarke:

This office represents Defendants JFD Sushi Restaurant Inc., JFD Management Inc., Teng Fei Restaurant Group Inc., Liguang Lin, Jing Lin, and Fei Teng (collectively "Appearing Defendants") in the above-referenced matter. Appearing Defendants respectfully request that the time to file the joint letter as set forth in the order dated July 26, 2023, be briefly extended from September 8, 2023, to September 11, 2023. Plaintiffs have consented to this extension. This is Appearing Defendants' first request for such extension.

I thank Your Honor for Your Honor's attention in this matter.

Respectfully submitted,

/s/ Benjamin B. Xue

Benjamin B. Xue