UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WANG et al.,

                Plaintiffs,

-against-

JFD SUSHI RESTAURANT INC et al.,

                Defendants.

22-CV-4401 (JGLC)

**NOTICE OF REASSIGNMENT**

---

JESSICA G. L. CLARKE, United States District Judge:

    Unless and until the Court orders otherwise, counsel for all parties shall appear for a status conference with the Court on **November 14, 2023** at **10:00 a.m.** The conference will be held remotely by Microsoft Teams. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: October 30, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge