LAW OFFICES OF

# Vincent S. Wong

*Attorneys at Law*

**Please Respond To:**
☐ 39 East Broadway, Suite 306
   New York, NY 10002

☑ 6008 8th Avenue
   Brooklyn, NY 11220

Phone: 212.888.0884
Phone: 718.234.8200
Fax: 718.833.1968
♦♦♦
Email: vswlaw@gmail.com
Website: vswlaw.com

November 8, 2023

**<u>Sent Via ECF</u>**
Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



Re:    Wang et al v. JFD Sushi Restaurant Inc et al
        Case No. 22-cv-04401
        **<u>Request Adjournment of November 14, 2023 Conference</u>**

Dear Judge Clarke:

This office represents Plaintiffs Chunming Wang, Xian Qing Ye, Ruiyan Liu, and Shou Le Chen ("Plaintiffs") in the above referenced matter. We request an adjournment of the November 14, 2023 conference in this case, as we will be on trial in another matter, Wu v. Sushi Nomado of Manhattan, Inc. et al; 17-cv-04661, and not available to attend the conference on that day. This is Plaintiff's first request for an adjournment of this conference.

We have conferred with Defendants Counsel and they consent to this adjournment request.  Per your honor's individual rules, the parties have conferred and are available for a conference on the following three dates: November 22, 2023 in the afternoon, November 27, 2023, and November 28, 2023 in the morning.

There are no other appearances scheduled in this matter and the adjournment should not affect any other scheduled dates in this case.

We thank Your Honor for your time and consideration in this matter.

Respectfully submitted,

LAW OFFICES OF VINCENT S. WONG

/s/ Michael Brand
Michael Brand, Esq. (MB3303)
Law Offices of Vincent S. Wong
39 East Broadway, Suite 306
New York, NY 10002
P: 212-349-6099

Application GRANTED. The status conference previously scheduled for
November 14, 2023 is hereby adjourned to **November 28, 2023** at **10:00 a.m.**
The Clerk of Court is respectfully directed to terminate the motion at ECF No.
62.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 9, 2023
         New York, New York