UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Chunming Wang,                                              Civil Action No.
Xian Qing Ye,                                               22-cv-04401
Ruiyan Liu, and
Shou Le Chen,

                                         **JUDGMENT**
                         Plaintiffs,

                 -against-

JFD Sushi Restaurant Inc. d/b/a
Tenzan 89 Japanese Cuisine,
JFD Management Inc.,
Teng Fei Restaurant Group Inc. d/b/a
Tenzan 89 Japanese Cuisine,
Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin,
Jing Lin,
Fei Teng a/k/a Fei F Teng,
Yong Chen Teng,
"John" Chen, and
"John" Shi

                          Defendants.
------------------------------------------------------------------x

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 15, 2024; and Defendants JFD Sushi Restaurant Inc. d/b/a Tenzan 89 Japanese Cuisine (hereafter "JFD Sushi"), Teng Fei Restaurant Group Inc. d/b/a Tenzan 89 Japanese Cuisine (hereafter "Teng Fei Resaturant"), Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin, and Fei Teng a/k/a Fei F Teng, (collectively, the "Defendants") having offered to allow judgment in this action to be taken against them and in favor of Plaintiffs Chunming Wang, Xian Qing Ye, Ruiyan Liu, and Shou Le Chen (collectively, the "Plaintiffs"), in the amount of One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of

this offer, in complete satisfaction of all claims against defendants alleged in Plaintiffs' Complaint; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs Chunming Wang, Xian Qing Ye, Ruiyan Liu, and Shou Le Chen, and against Defendants JFD Sushi Restaurant Inc. d/b/a Tenzan 89 Japanese Cuisine (hereafter "JFD Sushi"), Teng Fei Restaurant Group Inc. d/b/a Tenzan 89 Japanese Cuisine (hereafter "Teng Fei Resaturant"), Liguang Lin a/k/a Li Guang Lin a/k/a Liguang L Lin, and Fei Teng a/k/a Fei F Teng in the amount of One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00), inclusive of costs and reasonable attorney's fees incurred as of the date of this offer, in complete satisfaction of all claims against defendants alleged in Plaintiffs' Second Amended Complaint

Dated: New York, NY
       April 18, 2024

SO ORDERED:

_Jessica Clarke_
JESSICA G. L. CLARKE
United States District Judge